**Terrell C. WADE, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.**

**No. 02–6286.**

United States Court of Appeals, Fourth Circuit.

Submitted June 26, 2002.

Decided July 16, 2002.

Terrell C. Wade, Appellant Pro Se. Steven Andrew Witmer, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Terrell C. Wade appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the rec-

ord and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny Wade's motion for a certificate of appealability, and dismiss the appeal on the reasoning of the district court. *See Wade v. Angelone,* No. CA–01–471–2 (E.D.Va. Jan. 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*